1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 Attorneys for Plaintiff

6

7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 **DARRON A. KAIN**            )   Case No. 11-CIV-2177 CKD
   **xxx-xx-0790**               )
12                                )   **STIPULATION AND**
                                  )   **ORDER EXTENDING PLAINTIFF'S**
13        **Plaintiff,**          )   **TIME TO FILE SUMMARY**
                                  )   **JUDGEMENT MOTION**
14 v.                             )
                                  )
15 **MICHAEL J. ASTRUE**          )
   **Commissioner of Social Security** )
16 **of the United States of America,** )
                                  )
17        **Defendant.**          )
                                  )
18                                )

19
    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the
20
Plaintiff's time to file his summary judgment is hereby extended from January 30, 2012, to March 7,
21
2012. This is Plaintiff's first extension on this case and is required due to Plaintiff's counsel's impacted
22
briefing schedule and need to brief three older cases due within the next four days.
23
/ / / /
24
/ / / /
25
/ / / /
26

27

28

1

| | |
|---|---|
| Dated: January 30, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: January 30, 2012 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ Brenda Pullin <br> BRENDA PULLIN |
| | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated: January 31, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE