BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRON A. KAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:11-CV-02177-CKD<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time, of 15 days, to file his cross-motion for summary judgment.

    The extension is being sought because defendant's counsel is still in the process of catching-up with her caseload after the Social Security Regional Counsel's office move at the end of March and beginning of April 2012—with all the associated preparations, organization meetings, and packing—which took more of counsel's time than projected.  Defendant's counsel was responsible for moving her own office as well as helping to pack and move common office areas such as the fax and

mail center, file areas, and unoccupied cubicles.  In addition, after the move, unpacking and technological setup/troubleshooting of computer equipment required additional unanticipated time and IT assistance before counsel's office became fully functional.

    Given these constraints, the Commissioner respectfully requests 15 additional days in which to complete the Commissioner's cross-motion for summary judgment.  The new due date will be May 22, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 7, 2012

/s/ Bess M. Brewer
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated: May 7, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Brenda M. Pullin
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: May 8, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE